No. 83–1737. CONSOLIDATED X-RAY SERVICE CORP. *v.* BUGHER ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–5855. MOSS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–6053. MAJCINA *v.* MAJCINA ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 83–6239. MELCHOR *v.* LOS ANGELES COUNTY DEPARTMENT OF ADOPTIONS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–6249. MILESKI *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 83–6254. MALDONADO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 83–6275. ROBERTS *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 83–6300. WELLS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6389. CRAWFORD *v.* MINTZES, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–6470. MANAGO *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 83–6473. VAUGHN *v.* WHITE ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6474. SEIBERT *v.* MINTZES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 83–6482. CASEY *v.* SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6483. BROWN ET AL. *v.* NEWSOME, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.